UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRAVELERS INDEMNITY COMPANY OF AMERICA,

           Plaintiff,

- against -

UTICA FIRST INSURANCE COMPANY, ET AL.,

           Defendants.

23-cv-2512 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    This case is voluntarily dismissed without prejudice in view of a pending state court case. See ECF Nos. 23, 25, 26.

    The conference scheduled for May 22, 2023, is **canceled**.

    The Clerk is directed to close this case.

SO ORDERED.

Dated:    New York, New York
           May 19, 2023

                                    John G. Koeltl
                                United States District Judge